Leo B. Brodsky, Respondent, *v.* T. Cohen, Inc., Appellant.

Supreme Court, Appellate Term, First Department, May 6, 1943.

*David F. Cohen* for appellant.

*Solomon Kleinman* for respondent.

Memorandum Per Curiam. The transaction by plaintiff was a conditional sale (Personal Property Law, § 61). As the memorandum agreement was not filed, it was invalid as to the defendant pawnbroker corporation (Personal Property Law, § 65), which has a lien for its loan proceeds and interest.

Judgment reversed, with thirty dollars costs, and judgment directed for defendant, with costs.

Hammer, Shientag and Hecht, JJ., concur.